AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

AUG 3 0 2018

David J. Bradley, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| COLIMA, Eduardo Omar; YOB: 1995; USC | ) | Case No. M-18-1804-M |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

SEALED

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **February 5, 2018** in the county of **Hidalgo** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841 (a)(1), 846 | Knowingly and Intentionally possess with Intent to Distribute 16.9 kilograms of Cocaine, a Schedule II Controlled Substance. |
| | Knowingly and Intentionally Conspire to Possess with Intent to Distribute more than 5 kilograms of Cocaine, a Schedule II Controlled Substance. |

This criminal complaint is based on these facts:

See Attachment "A."

☑ Continued on the attached sheet.

approved by
AUST [signature]

Sworn to before me and signed in my presence.

_____
Complainant's signature

DEA TFO Gilberto Vazaldua
*Printed name and title*

Date: 08/30/2018  3:52 pm

_____
Judge's signature

City and state: McAllen, Texas

Peter E. Ormsby, U.S. Magistrate Judge
*Printed name and title*

ATTACHMENT A

On February 5, 2018, DEA McAllen agents received information that Eduardo Omar COLIMA; YOB: 1995, hereinafter referred to as COLIMA, requested assistance in the transportation of fifteen (15) kilograms of cocaine to Houston, Texas. Agents were able to introduce an undercover officer to COLIMA.

At approximately 6:23 p.m., agents observed COLIMA travel from a residence in Mission, Texas to a business in Alamo, Texas. Agents maintained surveillance on the COLIMA who was observed driving a white Volkswagon Jetta. COLIMA was observed meeting with another vehicle and then after approximately 5 minutes departed the business.

At approximately 6:40 p.m., DEA agents observed COLIMA arrive at the Home Depot located at 409 N. Jackson Road, Pharr, Texas to meet with the DEA undercover truck driver. Agents observed COLIMA deliver a duffle bag to the undercover, which was later seized by DEA agents. The duffle bag contained fifteen (15) bundles of cocaine, weighing approximately 16.9 kilograms.